UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:18-MJ-4191-1 |
| | § | |
| DALILA GLORIA ESQUIVEL | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably secure the presence of the Defendant; and

(2) There are no conditions or combination of conditions that will reasonably assure the safety of the community.

The evidence against the Defendant is substantial, and furthermore, the Defendant bit one of the supervisory Border Patrol agent. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony of the Defendant's grandfather. The Defendant was on probation for several misdemeanors and a felony when she committed this offense, reflecting that she is either unwilling or unable to comply with court-ordered conditions of release. She is a poor bond risk.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of October, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE